UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Docket No.:
1:20-cv-1214 (RRM)(SMG)

Plaintiffs,

-against-

NORTHRN MEDICAL CARE, P.C., et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SO-ORDERED STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs"), counsel for Defendants, Igor Mayzenberg, L.Ac., Wei Dao Acupuncture, P.C. and Boruch Laosan, Inc., David S. Krasner, DC and Restoralign Chiropractic, P.C., Omar Ahmed, M.D. and Northern Medical Care, P.C., and Madhu Babu Boppana, M.D. and Queens Wellness Medical, P.C. (collectively, the "Defendants") as follows:

1. The time for the Defendants to answer, move or otherwise respond to the Plaintiffs' Complaint in this matter is extended through and including August 31, 2020.

2. Through and including August 31, 2020, Defendants will: (i) not commence and/or prosecute, or cause to be commenced or prosecuted, any collection proceedings against GEICO seeking payment for no-fault benefits either through court proceedings or arbitration, for services provided to GEICO Insureds; (ii) stay and not continue to prosecute any pending court or arbitration collection proceedings brought against GEICO seeking payment for no-fault benefits for services provided to GEICO Insureds, regardless of when filed; and (iii) not submit

any new bills to GEICO seeking payment for no-fault benefits for services provided to GEICO Insureds.

      3.      For Northern Medical, P.C., the provisions of paragraph 2 and its subparagraphs shall only apply to collections for services rendered at 105-20 Northern Blvd, Corona, New York.

      4.      For purposes of this stipulation, facsimile or electronic signatures shall be treated as originals.

Dated: July 31, 2020

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ, CONROY & HACK, P.C. |
| By: ___/s/ Barry I. Levy_____<br>    Barry I. Levy, Esq.<br>    Michael Sirignano, Esq.<br><br>926 RXR Plaza<br>Uniondale, New York 11556-0926<br>Telephone: (516) 357-3000<br><br>*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | By: ___/s/ Matthew Conroy_____<br>    Matthew Conroy, Esq.<br>    Maria Campese, Esq.<br>666 Old Country Road, Suite 900<br>Garden City, New York 11530-2020<br>Telephone: (516) 745-1122<br><br>*Counsel for Defendants, Igor Mayzenberg, L.Ac.,Wei Dao Acupuncture, P.C. and Boruch Laosan, Inc.* |
| ZIMMERMAN LAW, P.C. | CREEDON & GILL, PC |
| By: _/s/ Michael Zimmerman_____<br>    Michael Zimmerman, Esq.<br><br>315 Walt Whitman Road, Suite 215<br>Huntington Station, NY 11746<br>Telephone: (631) 415-0900<br><br>*Counsel for Defendants, Omar Ahmed, M.D. and Northern Medical Care, P.C.* | By: __/s/ Peter J. Creedon_____<br>    Peter J. Creedon, Esq.<br>24 Woodbine Avenue, Suite 8<br>Northport, New York 11768<br>Telephone: (631) 656-9220<br><br>*Counsel for Defendants, David S. Krasner, DC, Restoralign Chiropractic, P.C.* |

GARY TSIRELMAN, P.C.

By: ___/s/ Nicholas Bowers_____
      Nicholas Bowers, Esq.
129 Livingston Street 2nd and 3rd Floors
Brooklyn, NY 11201
Telephone: (718)438-1200

*Counsel for Defendants, Madhu Babu Boppana, M.D. and Queens Wellness Medical, P.C.*

**SO ORDERED:**

_____
Roslynn R. Mauskopf, U.S.D.J.

_____, 2020