# EXHIBIT 1

04-Apr-18 04Apr18-2111

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G04Apr18-2111

Posting date 29-Jun-15 Amount 2800.00

1004

QUEENS CORONA MEDICAL, P.C.
852 AVENUE Z
BROOKLYN, NY 11235

citibank
CITIBANK, N.A.
NEW YORK, NY
1-8/210

05/23/15

PAY TO THE ORDER OF Professional Admministrative Srvc $**2,800.00

Two Thousand Eight Hundred Only****** DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈0000 1004⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

12-Apr-18

12Apr18-515

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G12Apr18-515
Posting date 20-Oct-15 Amount 3260.00

1064

QUEENS CORONA MEDICAL, P.C.
852 AVENUE Z
BROOKLYN, NY 11235

citibank
1-8/210

10/8/2015

PAY TO THE ORDER OF Medcomp Network Services $ **3,260.00

Three Thousand Two Hundred Sixty Only****** DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈0000 1064⑈

1167

CHASE for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

QUEENS CORONA MEDICAL P.C.

1-2/210

12/20/2016

PAY TO THE ORDER OF Best Eatscoast Cleaming $ **2,760.00

Two Thousand Seven Hundred Sixty Only****** DOLLARS

Security features. Details on back.

MEMO

AUTHORIZED SIGNATURE

⑈001167⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Best Eastcoast Cleaning


QUEENS CORONA MEDICAL P.C.

CHASE for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

1-2/210

1055

8/10/2016

PAY TO THE ORDER OF Alco Medical Typing Inc

$ **2,950.00

Two Thousand Nine Hundred Fifty Only****** DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈001055⑈

ENDORSE HERE

Deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC


1274

CHASE for BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

QUEENS CORONA MEDICAL P.C.

1-2/210

2/16/2017

PAY TO THE ORDER OF Alan Trading & Consulting $ **2,753.19

Two Thousand Seven Hundred Fifty-Three and 19/100****** DOLLARS

Security features. Details on back.

MEMO

AUTHORIZED SIGNATURE

⑈001274⑈

JPMorganChaseBank 031705 000354 9297700389

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ALAN TRADING & CONSULTING

12-Apr-18

12Apr18-515

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION

GROUP ID G12Apr18-515

Posting date 20-Oct-15 Amount 2100.74

1149

RESTORALIGN CHIROPRACTIC, P.C.
105-20 NORTHERN BOULEVARD
CORONA, NY 11368-1133

1-2-210

DATE 10.08.2015

PAY TO THE ORDER OF Medcomp Network Services $ 2,100.74

Twenty one hundred and 74 cents DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈001149⑈

Medcomp Network Services


RESTORALIGN CHIROPRACTIC, P.C.
105-20 NORTHERN BOULEVARD
CORONA, NY 11368-1133

1199

1-2/210

DATE 01/17/16

PAY TO THE ORDER OF Alco Medical Typing Rep. $ 2846,00

Two thousand eight hundred and forty six DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈001199⑈






Amount: 2,326.25
PostDate: 20170317
CheckNum: 1281
ReturnReasonCode:




Amount: 2,326.25
PostDate: 20170317
CheckNum: 1281
ReturnReasonCode:

RESTORALIGN CHIROPRACTIC PC
105-20 NORTHERN BLVD
CORONA, NY 11368

1358

DATE 6/10/2017

PAY TO THE ORDER OF Barry Pro Marketing $ 1,850.00

One Thousand Eight Hundred Fifty DOLLARS

TD Bank

America's Most Convenient Bank

FOR

⑈001358⑈ ⑆036001808⑆ 4321962981⑈

Amount: 1,850.00
PostDate: 20170719
CheckNum: 1358
ReturnReasonCode:

Amount: 1,850.00
PostDate: 20170719
CheckNum: 1358
ReturnReasonCode:

RESTORALIGN CHIROPRACTIC PC
105-20 NORTHERN BLVD
CORONA, NY 11368

03-16

1444

3-100/360
335

DATE 11/3/2017

PAY TO THE ORDER OF Andrea Transportation $ 2860

Two Thousand Eight Hundred Sixty DOLLARS

TD Bank
America's Most Convenient Bank

FOR

⑈001444⑈

ProcDate: 2018/01/03

CheckAmt: 2,860.00
SerialNum: 1444

Capital One, N.A. Richmond VA 065000090

46257REG14001201801030000071625800

Capital One, N.A. Richmond VA 065000090

Andrea Transportation

ProcDate: 2018/01/03

CheckAmt: 2,860.00
SerialNum: 1444