# EXHIBIT 2

**SANLI ACUPUNCTURE, P.C.**

5204

1-32/210 NY
19027

DATE  01/29/15

PAY TO THE ORDER OF  Nina Bruk Advertisement                        $ =3000.00=

Three thousand and 00/100                                      DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____                    Igor Mayzenberg

⑈005204⑈

5245

**SANLI ACUPUNCTURE, P.C.**

1-32.210 NY
19027

DATE 09/16/15

PAY TO THE ORDER OF  Geiovan Consulting      $ =4800.00—

Fourty eight hundred and 00/100                                      DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____        Igor Mayzenberg

⑈005245⑈

**SANLI ACUPUNCTURE, P.C.**

5301

1-32/210 NY
19027

DATE 04/25/16

PAY TO THE ORDER OF  A + B Empire Marketing    $ = 2000.00

Two thousand only    DOLLARS

Bank of America

ACH R/T 021000322

FOR  billing + Marketing

Igor Mayzenberg

⑈00530⑊⑈

**SANLI ACUPUNCTURE, P.C.**   12/02

DATE 7.11.16

I-32/210 NY
10055

PAY TO THE ORDER OF: DSJ consulting inc       $ =2900.00=

Twenty nine hundred and 00/100 ———— DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____

Igor Mayzenberg

⑈003704⑈

**SANLI ACUPUNCTURE, P.C.**

5348

1-32/210 NY
19027

DATE 10/06/16

PAY TO THE ORDER OF  ML Garbage Removal          $ =2850.00=

Twenty eight hundred fifty and 00/100 —          DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____  Igor Mayzenberg

⑈005348⑈

5357

**SANLI ACUPUNCTURE, P.C.**

1-32/210 NY
19027

DATE 10/07/16

PAY TO THE ORDER OF  A.C Billing & Collection    $ -6200.00-

Sixty two hundred and 00/100    DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____    Igor Mayzenberg

⑈005357⑈

5315

**SANLI ACUPUNCTURE, P.C.**

1-32/210 NY
19027

DATE 03/15/17

PAY TO THE ORDER OF   KRIK MEDICAL                    $ =3700.00=

Thirty seven hundred and 00/100                                      DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____

For Mayzenberg

⑈005315⑈

5354

**SANLI ACUPUNCTURE, P.C.**

1-32/210 NY
19027

DATE 10/14/16

PAY TO THE ORDER OF  GREEN BH INC                    $ =5700.00=

Fifty seven hundred and 00/100 —————————— DOLLARS

**Bank of America**

ACH R/T 021000322

FOR _____                    Dos Mayzenberg

⑉005354⑉

**SANLI ACUPUNCTURE, P.C.**

5353

1-32/210 NY
19027

DATE 10/12/16

PAY TO THE ORDER OF  JER ADVERTISING & CONSULTING    $ =6300.00

Sixty three hundred and 00/100  DOLLARS

**Bank of America**

ACH R/T 021000322

FOR

⑈005353⑈

5363

**SANLI ACUPUNCTURE, P.C.**

1-32/210 NY
19027

DATE 12/19/16

PAY TO THE ORDER OF  Best AC Medical Supply            $ =3200.00=

Thirty two hundred and 00/100                                          DOLLARS

**Bank of America**
ACH R/T 021000322

FOR _____          Igor Mayzenberg

⑆005363⑆