**EXHIBIT 4**

UNITED STATES DISTRICT COURT

EASTERN SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

GEICO INDEMNITY COMPANY, GEICO GENERAL

INSURANCE COMPANY, and GEICO CASUALTY

COMPANY,

                Plaintiffs,

                        Docket No.

                        17-cv-02802

      -against-

IGOR MAYZENBERG, MINGMEN ACUPUNCTURE, P.C.,

SANLI ACUPUNCTURE, P.C., and

JOHN DOE DEFENDANTS "1"-"10"

                Defendants.

- - - - - - - - - - - - - - - - x

                Reporter's Ink, Corp.

                926 RXR Plaza

                Uniondale, New York

                March 9, 2018

                10:50 a.m.

CONTINUED ON NEXT PAGE:



Reporter's Ink, Corp.   Phone : 646.395.2522   Fax : 212.374.1236   www.reporters-ink.com

```
1

2       Deposition of EGOR DOVMAN, the Non-Party

3   Witness, taken by the Plaintiffs, in the

4   above-entitled action, held at the above time

5   and place, pursuant to Subpoena, taken before

6   AMY BOGUSZEWSKI, a shorthand reporter and

7   Notary Public within and for the State of New

8   York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

109

1                              E. DOVMAN

2         to answer your question.

3              Q.    How much has Sanli Acupuncture paid

4         companies that you are associated with?

5              A.    On the advice of counsel, I invoke

6         my Fifth Amendment privilege against

7         self-incrimination, and respectfully decline

8         to answer your question.

9              Q.    Why did Sanli Acupuncture pay AC

10        Billing & Collections $6,200 on October 7,

11        2016?

12             A.    On the advice of counsel, I invoke

13        my Fifth Amendment privilege against

14        self-incrimination, and respectfully decline

15        to answer your question.

16             Q.    Did AC Billing & Collections

17        actually provide any billing or collection

18        services to Sanli Acupuncture, P.C.?

19             A.    On the advice of counsel, I invoke

20        my Fifth Amendment privilege against

21        self-incrimination, and respectfully decline

22        to answer your question.

23             Q.    Did Sanli Acupuncture, P.C. pay AC

24        Billing & Collections in exchange for you

25        causing a patient to be referred to Sanli

110

1                              E. DOVMAN

2      Acupuncture?

3           **A.   On the advice of counsel, I invoke**

4      **my Fifth Amendment privilege against**

5      **self-incrimination, and respectfully decline**

6      **to answer your question.**

7           Q.   Why did Sanli Acupuncture write six

8      checks to Best AC Medical Supply, Inc.?

9           **A.   On the advice of counsel, I invoke**

10     **my Fifth Amendment privilege against**

11     **self-incrimination, and respectfully decline**

12     **to answer your question.**

13          Q.   Did Best AC Medical Supply, Inc.

14     ever provide any medical supplies to Sanli

15     Acupuncture?

16          **A.   On the advice of counsel, I invoke**

17     **my Fifth Amendment privilege against**

18     **self-incrimination, and respectfully decline**

19     **to answer your question.**

20          Q.   How about to Igor Mayzenberg?

21          **A.   On the advice of counsel, I invoke**

22     **my Fifth Amendment privilege against**

23     **self-incrimination, and respectfully decline**

24     **to answer your question.**

25          Q.   Did Sanli Acupuncture pay Best AC

---



111

1              E. DOVMAN

2    Medical Supply in exchange for you causing

3    patients to be referred to Sanli Acupuncture?

4         **A.   On the advice of counsel, I invoke**

5    **my Fifth Amendment privilege against**

6    **self-incrimination, and respectfully decline**

7    **to answer your question.**

8         Q.   Were these payments kickbacks?

9         **A.   On the advice of counsel, I invoke**

10   **my Fifth Amendment privilege against**

11   **self-incrimination, and respectfully decline**

12   **to answer your question.**

13             MR. HENESY:  I want to rephrase

14         that question and I will consent to

15         strike because it was an improper

16         question.

17        Q.   Were the payments made by Sanli

18   Acupuncture to Best AC Medical Supply made as

19   kickbacks?

20        **A.   On the advice of counsel, I invoke**

21   **my Fifth Amendment privilege against**

22   **self-incrimination, and respectfully decline**

23   **to answer your question.**

24        Q.   Why did Sanli Acupuncture write

25   eleven checks to Del Business Supply?

114

1                    **E. DOVMAN**

2          Q.   Did Sanli Acupuncture pay DSJ

3     Consulting in exchange for you causing

4     patients to be referred to Sanli Acupuncture?

5          **A.   On the advice of counsel, I invoke**

6     **my Fifth Amendment privilege against**

7     **self-incrimination, and respectfully decline**

8     **to answer your question.**

9          Q.   Were the payments from Sanli

10    Acupuncture to DSJ Consulting kickbacks?

11         **A.   On the advice of counsel, I invoke**

12    **my Fifth Amendment privilege against**

13    **self-incrimination, and respectfully decline**

14    **to answer your question.**

15         Q.   Why did Sanli Acupuncture write

16    three checks to Geiovan Consulting?

17         **A.   On the advice of counsel, I invoke**

18    **my Fifth Amendment privilege against**

19    **self-incrimination, and respectfully decline**

20    **to answer your question.**

21         Q.   Did Geiovan Consulting ever provide

22    consulting services to Sanli Acupuncture?

23         **A.   On the advice of counsel, I invoke**

24    **my Fifth Amendment privilege against**

25    **self-incrimination, and respectfully decline**



115

1                    E. DOVMAN

2    to answer your question.

3        Q.   Did Sanli Acupuncture pay Geiovan

4    Consulting in exchange for you causing

5    patients to be referred to Sanli Acupuncture?

6        A.   On the advice of counsel, I invoke

7    my Fifth Amendment privilege against

8    self-incrimination, and respectfully decline

9    to answer your question.

10       Q.   Did Sanli Acupuncture make payments

11   to DSJ Consulting in exchange for you causing

12   patients to be referred to any health care

13   provider?

14       A.   On the advice of counsel, I invoke

15   my Fifth Amendment privilege against

16   self-incrimination, and respectfully decline

17   to answer your question.

18       Q.   Did Sanli Acupuncture pay Geiovan

19   Consulting in exchange for you causing

20   patients to be referred to Mingmen

21   Acupuncture Services?

22       A.   On the advice of counsel, I invoke

23   my Fifth Amendment privilege against

24   self-incrimination, and respectfully decline

25   to answer your question.



116

**E. DOVMAN**

1

2    Q.   Were the payments from Sanli

3    Acupuncture to Geiovan Consulting kickbacks?

4    **A.   On the advice of counsel, I invoke**

5    **my Fifth Amendment privilege against**

6    **self-incrimination, and respectfully decline**

7    **to answer your question.**

8    Q.   Why did Sanli Acupuncture write

9    checks to Green BH, Inc.?

10   **A.   On the advice of counsel, I invoke**

11   **my Fifth Amendment privilege against**

12   **self-incrimination, and respectfully decline**

13   **to answer your question.**

14   Q.   Did Green BH, Inc. ever actually

15   provide any services to Sanli Acupuncture?

16   **A.   On the advice of counsel, I invoke**

17   **my Fifth Amendment privilege against**

18   **self-incrimination, and respectfully decline**

19   **to answer your question.**

20   Q.   Did Sanli Acupuncture make payments

21   to Green BH, Inc. in exchange for you causing

22   patients to be referred to Sanli Acupuncture?

23   **A.   On the advice of counsel, I invoke**

24   **my Fifth Amendment privilege against**

25   **self-incrimination, and respectfully decline**



117

1                          **E. DOVMAN**

2      **to answer your question.**

3          Q.   Did Sanli Acupuncture make payments

4      to Green BH, Inc. in exchange for you causing

5      patients to be referred to Mingmen

6      Acupuncture?

7          **A.   On the advice of counsel, I invoke**

8      **my Fifth Amendment privilege against**

9      **self-incrimination, and respectfully decline**

10     **to answer your question.**

11         Q.   Were the payments from Sanli

12     Acupuncture to Green BH kickbacks?

13         **A.   On the advice of counsel, I invoke**

14     **my Fifth Amendment privilege against**

15     **self-incrimination, and respectfully decline**

16     **to answer your question.**

17         Q.   Why did Sanli Acupuncture make

18     payments to JER Advertising & Consulting?

19         **A.   On the advice of counsel, I invoke**

20     **my Fifth Amendment privilege against**

21     **self-incrimination, and respectfully decline**

22     **to answer your question.**

23         Q.   Did JER Advertising & Consulting

24     ever actually provide advertising and/or

25     consulting services to anyone?



118

1                    E. DOVMAN

2          **A.   On the advice of counsel, I invoke**

3     **my Fifth Amendment privilege against**

4     **self-incrimination, and respectfully decline**

5     **to answer your question.**

6          Q.   Were the payments from Sanli

7     Acupuncture to JER Advertising & Consulting

8     in exchange for you causing patients to be

9     referred to Mingmen Acupuncture?

10         **A.   On the advice of counsel, I invoke**

11    **my Fifth Amendment privilege against**

12    **self-incrimination, and respectfully decline**

13    **to answer your question.**

14         Q.   Were the payments from Sanli

15    Acupuncture to JER Advertising & Consulting

16    kickbacks?

17         **A.   On the advice of counsel, I invoke**

18    **my Fifth Amendment privilege against**

19    **self-incrimination, and respectfully decline**

20    **to answer your question.**

21         Q.   Why did Sanli Acupuncture make

22    payments to Kornell Plus, Inc.?

23         **A.   On the advice of counsel, I invoke**

24    **my Fifth Amendment privilege against**

25    **self-incrimination, and respectfully decline**

120

1                       E. DOVMAN

2     to answer your question.

3          Q.   To Igor Mayzenberg?

4          A.   On the advice of counsel, I invoke

5     my Fifth Amendment privilege against

6     self-incrimination, and respectfully decline

7     to answer your question.

8          Q.   To Sanli Acupuncture?

9          A.   On the advice of counsel, I invoke

10    my Fifth Amendment privilege against

11    self-incrimination, and respectfully decline

12    to answer your question.

13         Q.   Were the payments from Sanli to

14    Kornell Plus kickbacks?

15         A.   On the advice of counsel, I invoke

16    my Fifth Amendment privilege against

17    self-incrimination, and respectfully decline

18    to answer your question.

19         Q.   Why did Sanli Acupuncture make

20    payments to Krik Medical Testing?

21         A.   On the advice of counsel, I invoke

22    my Fifth Amendment privilege against

23    self-incrimination, and respectfully decline

24    to answer your question.

25         Q.   Did Krik Medical Testing ever



121

1                    E. DOVMAN

2    provide any medical testing services to

3    anyone?

4         A.  **On the advice of counsel, I invoke**

5    **my Fifth Amendment privilege against**

6    **self-incrimination, and respectfully decline**

7    **to answer your question.**

8         Q.  Were the payments from Sanli

9    Acupuncture to Krik Medical Testing in

10   exchange for you causing patients to be

11   referred to Mingmen Acupuncture?

12        A.  **On the advice of counsel, I invoke**

13   **my Fifth Amendment privilege against**

14   **self-incrimination, and respectfully decline**

15   **to answer your question.**

16        Q.  Were the payments from Sanli

17   Acupuncture to Krik Medical Testing

18   kickbacks?

19        A.  **On the advice of counsel, I invoke**

20   **my Fifth Amendment privilege against**

21   **self-incrimination, and respectfully decline**

22   **to answer your question.**

23        Q.  Why did Sanli Acupuncture make

24   payments to MN Surgical Supply?

25        A.  **On the advice of counsel, I invoke**



134

1                         E. DOVMAN

2      my Fifth Amendment privilege against

3      self-incrimination, and respectfully decline

4      to answer your question.

5           Q.   Why did Sanli Acupuncture make

6      payments to ML Garbage Removal?

7           A.   On the advice of counsel, I invoke

8      my Fifth Amendment privilege against

9      self-incrimination, and respectfully decline

10     to answer your question.

11          Q.   Has ML Garbage Removal ever provided

12     garbage removal services to anyone?

13          A.   On the advice of counsel, I invoke

14     my Fifth Amendment privilege against

15     self-incrimination, and respectfully decline

16     to answer your question.

17          Q.   Were the payments from Sanli

18     Acupuncture to ML Garbage Removal in exchange

19     for you causing patients to be referred to

20     Igor Mayzenberg?

21          A.   On the advice of counsel, I invoke

22     my Fifth Amendment privilege against

23     self-incrimination, and respectfully decline

24     to answer your question.

25          Q.   Or to Mingmen Acupuncture?



139

1           **E. DOVMAN**

2               MR. HENESY:  Off the record.

3               (Whereupon, a discussion was held

4           off the record.)

5               MR. HENESY:  We had a

6           discussion off the record and counsel

7           and I have agreed that I have a

8           number of questions regarding

9           additional entities and potential

10          financial transactions between

11          certain companies.  And it's the same

12          series of questions that I have been

13          asking with regard to payments made

14          from Sanli Acupuncture to various

15          companies.  What I would like to do

16          is read this into the record, this

17          list of companies and at the end of

18          it, ask questions about the list in

19          bulk as opposed to asking them

20          individually; this list over 50

21          companies long.  So Counsel, with

22          your consent, I am going to

23          essentially compound questions into

24          maybe three or four questions about

25          an entire list.



140

1               E. DOVMAN

2               MR. SASSON:   That's okay.

3               MR. HENESY:   Certainly, based

4          upon hearing this list, if you or

5          your client have any issue with

6          structuring it this way, please let

7          me know and we can try to go about

8          this another way.   Fair enough?

9               MR. SASSON:   Fair.

10              MR. HENESY:   Here's the list:

11  A. Baldonado Medical, PC

12  AC Medical, PC

13  Advance Rehab Care PT, PC

14  Ahava, A-H-A-V-A, Medical Diagnostic, PC

15  All About Physical Therapy, PC

16  Ambel, A-M-B-E-L, Acupuncture, PC

17  Anni, A-N-N-I, Chiropractic, PC

18  Arwa, A-R-W-A, Physical Therapy, PC

19  ATV Rehab, PT, PC

20  Avenue I Medical, PC

21  Belam, B-E-L-A-M, Acupuncture, PC

22  Bella, B-E-L-L-A, Pharmacy

23  Best Care Rehab PT, PC

24  BSS Medical, PC

25  Chiropractic Diagnostic, PC

```
 1                    E. DOVMAN
 2    Dignity PT, PC
 3    Ditmas, D-I-T-M-A-S, Primary Medical Care, PC
 4    Dot, D-O-T, Med Equipment
 5    East Flatbush Medical, PC
 6    Easy Living Occupational Therapy, PC
 7    El, E-L, Sanaa, S-A-N-A-A, PT, PC
 8    Enterprise Health Products, Incorporated
 9    Hand By Hand PT, PC
10    Hands Of Hope PT, PC
11    Healthcraft PT, PC
12    Health Way Rehabilitation PT, PC
13    Healthy Living Medical & Surgical Products,
14    Incorporated
15    JB Chiropractic Services, PC
16    Lana, L-A-N-A, Massage Therapy, PC
17    Lexington Medical Diagnostic Services, PC
18    LN Medical Diagnostic, PC
19    Lomis, L-O-M-I-S, Acupuncture, PC
20    Manhattan's Hands of Hope, PC
21    PT Access, PC
22    Palo, P-A-L-O, Physical Therapy &
23    Rehabilitation, PC
24    QB Acupuncture, PC
25    Quantum Rehab Physical Therapy, PC
```



Reporter's Ink, Corp.    Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

142

1                    E. DOVMAN

2    Right Choice Physical Therapy, PC

3    SPE Chiropractic, PLLC

4    Sheepshead Bay Medical Supply, Inc.

5    Stark Medical Supply, Inc.

6    Sung Chiropractic, PC

7    SY Wellness Massage Therapy, PC

8    Tender Touch Rehab OT, PC

9    Trim Medical Services, PC

10   Ultimate Care Physical Therapy, PC

11   Voorhies, V-O-O-R-H-I-E-S, Health Products,

12   Inc.

13   VP Chiropractic Adjustment, PC

14   Who, W-H-O, Acupuncture, PC

15   Wisdom Physical Therapy, PC

16   Zarkad, Z-A-R-K-A-D, Medical, PC

17            MR. HENESY:  After hearing that

18       list, any issues with our agreement?

19            MR. SASSON:  No.

20       Q.  Mr. Dovman, my question is, any of

21   the companies I just mentioned, why did those

22   companies pay companies that you're

23   associated with money?

24       A.  On the advice of counsel, I invoke

25   my Fifth Amendment privilege against



143

E. DOVMAN

1

2     self-incrimination, and respectfully decline

3     to answer your question.

4         Q.   Did you or any company you're

5     associated with ever provide any actual

6     services to any of those companies?

7         A.   On the advice of counsel, I invoke

8     my Fifth Amendment privilege against

9     self-incrimination, and respectfully decline

10    to answer your question.

11        Q.   Did those companies I just mentioned

12    pay you or companies you're associated with

13    money in exchange for you causing patients to

14    be referred to those companies I mentioned?

15        A.   On the advice of counsel, I invoke

16    my Fifth Amendment privilege against

17    self-incrimination, and respectfully decline

18    to answer your question.

19        Q.   Were the payments you received from

20    the companies I just mentioned kickbacks?

21        A.   On the advice of counsel, I invoke

22    my Fifth Amendment privilege against

23    self-incrimination, and respectfully decline

24    to answer your question.

25        Q.   Have you in the last seven years

144

E. DOVMAN

1   ever paid money to anyone in exchange for

2

3   access to a motor vehicle accident victim?

4       **A.   On the advice of counsel, I invoke**

5   **my Fifth Amendment privilege against**

6   **self-incrimination, and respectfully decline**

7   **to answer your question.**

8       Q.   Do you broker patients between

9   personal injury lawyers and health care

10  providers?

11      **A.   On the advice of counsel, I invoke**

12  **my Fifth Amendment privilege against**

13  **self-incrimination, and respectfully decline**

14  **to answer your question.**

15      Q.   Did you work with Alexander Almonte

16  to incorporate companies using false names on

17  the Certificate of Incorporation?

18      **A.   On the advice of counsel, I invoke**

19  **my Fifth Amendment privilege against**

20  **self-incrimination, and respectfully decline**

21  **to answer your question.**

22      Q.   Have you in the last seven years

23  ever entered into an agreement with a body

24  shop whereby they referred you patients?

25      **A.   On the advice of counsel, I invoke**



145

1                    E. DOVMAN

2    my Fifth Amendment privilege against

3    self-incrimination, and respectfully decline

4    to answer your question.

5         Q.   Have you ever paid money to a body

6    shop or any individual associated with a body

7    shop in exchange for access to patients?

8         A.   On the advice of counsel, I invoke

9    my Fifth Amendment privilege against

10   self-incrimination, and respectfully decline

11   to answer your question.

12        Q.   Did you incorporate a series of

13   companies in order to conceal a kickback

14   and/or a patient-brokering scheme?

15        A.   On the advice of counsel, I invoke

16   my Fifth Amendment privilege against

17   self-incrimination, and respectfully decline

18   to answer your question.

19        Q.   Do you have access to any account

20   held in the name of Daniel Corley?

21        A.   On the advice of counsel, I invoke

22   my Fifth Amendment privilege against

23   self-incrimination, and respectfully decline

24   to answer your question.

25        Q.   When I say account, I mean bank



146

E. DOVMAN

1

2   account?

3       A.   On the advice of counsel, I invoke

4   my Fifth Amendment privilege against

5   self-incrimination, and respectfully decline

6   to answer your question.

7       Q.   Does your wife have access to any

8   bank account in the name of Daniel Corley?

9       A.   On the advice of counsel, I invoke

10  my Fifth Amendment privilege against

11  self-incrimination, and respectfully decline

12  to answer your question.

13      Q.   Do you notify Daniel Corley about

14  the payments you make out of his bank

15  account?

16      A.   On the advice of counsel, I invoke

17  my Fifth Amendment privilege against

18  self-incrimination, and respectfully decline

19  to answer your question.

20      Q.   Does your wife notify Daniel Corley

21  about the payments you make out of his bank

22  account?

23      A.   On the advice of counsel, I invoke

24  my Fifth Amendment privilege against

25  self-incrimination, and respectfully decline