# EXHIBIT 5

| | | | |
|---|---|---|---|
| GEICO GENERAL INSURANCE CO<br>750 WOODBURY RD<br>WOODBURY, NY 11797-2519 | Bank of America<br>South Portland, ME 04106 | 52-153<br>112 ME | NO. N 197348196 |
| Claimant: [REDACTED]<br>Insured Name: [REDACTED] | Claim Number: [REDACTED]<br>In Payment of: Personal Injury Protection<br>DOS: 04/04/2018-04/10/2018 | | VOID AFTER 180 DAYS<br>Date: 06/07/2018 |
| Feature Symbol & Amount<br>NBM $***3087.86 | | | Amount:<br>$****3,087.86 |

**THREE-THOUSAND-EIGHTY-SEVEN*AND*86/100*DOLLARS**********************************************

Pay to the Order of:
**NORTHERN MEDICAL**

Mail To:
Northern Medical
C/O Gary Tsirelman Pc
129 Livingston ST 2nd & 3rd Fl
Brooklyn Ny 11201

*Hollis White*

⑈197348196⑈

PAY TO THE ORDER OF
BRUNSWICK BANK & TRUST COMPANY
NEW BRUNSWICK, NJ 08901-3462
FOR DEPOSIT ONLY

SEP 28 2018

CAMBRIDGE CLARENDON FINANCIAL
SERVICE LLC/ DBA UNITED CHECK CASHING
LICENSED CASHIER OF CHECKS

| | | | |
|---|---|---|---|
| GEICO INDEMNITY CO<br>750 WOODBURY RD<br>WOODBURY, NY 11797-2519 | Bank of America<br>Hartford, CT 06120 | 51-44<br>119 CT | NO. N 193110769<br>VOID AFTER 180 DAYS |
| Claimant: | Claim Number: | Insured Name: | Date: 12/11/2017 |
| Feature Symbol & Amount<br>NBM $***2894.86 | | | Amount:<br>$****2,894.86 |

**TWO-THOUSAND-EIGHT-HUNDRED-NINETY-FOUR*AND*86/100*DOLLARS*****************************************

Pay to the Order of:
NORTHERN MEDICAL CARE PC

In Payment of:
Personal Injury Protection
DOS: 10/17/2017-10/17/2017

Mail To:
Northern Medical Care Pc
C/O Gary Tsirelman Pc
129 Livingston ST
Brooklyn Ny 11201-5105

*Hallis White* (signature)

⑈193110769⑈

Endorsement stamp:
PAY TO THE ORDER OF
BRUNSWICK BANK & TRUST COMPANY
NEW BRUNSWICK, NJ 08901-3462
FOR DEPOSIT ONLY
APR 12 2017
CAMBRIDGE/CLARENDON FINANCIAL
SERVICES FBA UNITED CHECK CASHING
LICENSED CASHER OF CHECKS

---

GOVERNMENT EMPLOYEES INSURANCE CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
Hartford, CT 06120

51-44
119 CT

NO. N 195678045
VOID AFTER 180 DAYS
Date: 03/29/2018

Claimant: [redacted]

Claim Number: [redacted]
Insured Name: [redacted]

Feature Symbol & Amount
NBM $***1435.80

Amount:
$****1,435.80

**ONE-THOUSAND-FOUR-HUNDRED-THIRTY-FIVE*AND*80/100*DOLLARS**********

Pay to the Order of:
NORTHERN MEDICAL CARE PC

In Payment of:
Personal Injury Protection
DOS: 02/21/2018-02/21/2018

Mail To:
Northern Medical Care Pc
C/O Gary Tsirelman Pc
129 Livingston ST
Brooklyn Ny 11201-5105

*Hollis White* (signature)

⑈195678045⑈ [redacted]

---

GEICO INDEMNITY CO
750 WOODBURY RD
WOODBURY, NY 11797-2519

Bank of America
Hartford, CT 06120

51-44
119 CT

NO. N 195686231
VOID AFTER 180 DAYS
Date: 03/30/2018

Claimant: [redacted]

Claim Number: [redacted]
Insured Name: [redacted]

Feature Symbol & Amount
IPA $*****50.00

Amount:
$******50.00

**FIFTY*AND*00/100*DOLLARS****************************************

Pay to the Order of:
NORTHERN MEDICAL CARE

In Payment of:
Personal Injury Protection
dos: 11/15/2017-11/15/2017
f#: 161.581  Int: $50.00
aa: 4118-1086-2491

GTMDJD
WITHOUT PREJUDICE

Mail To:
Gary Tsirelman PC
129 Livingston ST
Brooklyn Ny 11201-5105

*Hollis White* (signature)

⑈195686231⑈ [redacted]

---

PAY TO THE ORDER OF
BRUNSWICK BANK & TRUST COMPANY
NEW BRUNSWICK, NJ 08901-3462
FOR DEPOSIT ONLY

AUG 30 2018

CAMBRIDGE CLARENDON FINANCIAL
SERVICE LLC/ DBA UNITED CHECK CASHING
LICENSED CASHIER OF CHECKS