# EXHIBIT 8

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

GOVERNMENT EMPLOYEES INSURANCE CO., ET AL.

      Plaintiff,

                Case No.

                1:20-cv-01214(RRM)(SMG)

  -against-

NORTHERN MEDICAL CARE, P.C., ET AL.

      Defendant.

- - - - - - - - - - - - - - - - - x

          VIA VIDEO CONFERENCE

          THE STATE OF NEW YORK


          December 03, 2020

          12:01 p.m.


DEPOSITION of ALLA KURATOVA, the Non-Party Witness, by the Plaintiff, in the above-entitled action, held at the above time and place, pursuant to Subpoena, taken before JENNIFER SIMMONS, a shorthand reporter and Notary Public within and for the State of New York.



```
 1                        KURATOVA                          7
 2        Q.    Okay.  What is your current status
 3   here in the United States?
 4        A.    The same.  I have a green card.
 5        Q.    Ms. Kuratova, have you ever been
 6   convicted of a crime?
 7        A.    Yes.
 8        Q.    What crime?
 9        A.    I don't know how to explain.  In '15 I
10   pleaded guilty, felony B.  I was not arrested and
11   I had a three year conditional discharge, so it's
12   over now.
13        Q.    What were you accused of doing?
14        A.    I was accused of possessing some
15   medications.  I've been using them for 10 years.
16        Q.    Ms. Kuratova, are you represented by
17   an attorney?
18        A.    Kuratova, Kuratova.  (Pronouncing)
19        Q.    Okay.
20        A.    I don't know.  I have a lawyer, but I
21   don't know whether he's working right now.
22        Q.    Are you prepared to go forward with
23   this deposition right now?
24        A.    What do you call a deposition?
25        Q.    This proceeding.  Are you prepared to
```



8

```
 1                         KURATOVA                         8
 2   answer my questions?
 3        A.   I am ready to answer your questions.
 4        Q.   Okay.  Have you ever heard of a
 5   company called Northern Medical Care, PC?
 6        A.   No.
 7        Q.   All right.  Are you familiar with a
 8   person named Dr. Omar Ahmed, A-H-M-E-D?
 9        A.   No.  I have two doctors whose last
10   names I can just pronounce for you.
11        Q.   Who are they?
12        A.   My family doctor and the cardiologist.
13        Q.   Do you know their names?
14        A.   Dr. Radcliff and Dr. Birken.
15        Q.   All right.  Do you know someone named
16   Howard Greenleaf?
17        A.   No.
18        Q.   Do you know someone named Sam Timmat,
19   T-I-M-M-A-T?
20        A.   No.
21        Q.   Do you know someone named Neil Laster,
22   L-A-S-T-E-R?
23        A.   No.
24        Q.   Do you know someone named Mary Recaro,
25   R-E-C-A-R-O?
```

```
 1                     KURATOVA                              10
 2            THE INTERPRETER:  Sorry, I clarified
 3       something.  Because in the beginning she
 4       said the same office with breaks.
 5   BY MR. HENESY:
 6       Q.    Do you currently live with anyone?
 7       A.    My mother.
 8       Q.    Anyone else?
 9       A.    No.
10       Q.    Besides working as a home attendant do
11   you do anything else to get money or income?
12       A.    No.
13       Q.    All right.  Have you ever been to a
14   check cashing -- withdrawn.
15            Have you ever been to a check casher in
16   the state of New Jersey?  [Sic]
17       A.    No.
18       Q.    Okay.  Have you ever been to any
19   business or any -- withdrawn.
20            Have you ever been to anything located at
21   6 Market Street, Clifton, New Jersey?
22       A.    No.  But, yes, I was in Clifton two or
23   three years ago at the wedding of my niece.
24       Q.    Okay.  Besides being in Clifton for
25   your niece's wedding, have you ever been to
```

```
                              11
 1                         KURATOVA                              11
 2    Clifton, New Jersey?
 3         A.    No.
 4         Q.    Have you ever taken a check to a check
 5    casher on behalf of a doctor or medical practice?
 6         A.    No.
 7         Q.    Do you know someone named Jerome Reed?
 8         A.    No.
 9         Q.    Are you familiar with a company called
10    United Check Cashing?
11         A.    No.
12         Q.    Okay.  GEICO has received information
13    indicating that you presented checks issued to
14    Northern Medical Care to a check casher in
15    Clifton, New Jersey.  Is that true?
16         A.    No.
17         Q.    Have you ever presented -- withdrawn.
18               GEICO was provided a copy of your
19    driver's license by the owner of a check cashing
20    company in New Jersey.  Do you have any reason to
21    know why a check casher in New Jersey would have
22    a copy of your driver's license?
23         A.    GEICO used to be my insurance.  My
24    vehicle was insured by GEICO before, maybe five
25    or six years ago -- no.  The car was registered
```