

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

April 5, 2021

**VIA ECF**
Honorable Judge Lois Bloom
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Government Employees Ins. Company, et al. v. Northern Medical Care, P.C.., et al.*
      Case No. 1:20-cv-01214-RRM-LB

Dear Magistrate Judge Bloom:

This firm represents Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs") in connection with the above-referenced matter. Together with counsel for Defendants Northern Medical Care, P.C. and Omar F. Ahmed, M.D. (collectively, the "Ahmed Defendants"), and Restoralign Chiropractic, P.C. and David S. Krasner, D.C. (collectively, the "Krasner Defendants") we write to provide the Court with a status as to a series of outstanding discovery issues.

The Ahmed Defendants and the Krasner Defendants have now provided written responses to Plaintiffs' discovery requests, as well as a collection of responsive documents. Plaintiffs have reviewed the Ahmed Defendants' responses and documents and are not bringing any additional issues to the Court's attention at this time (though Plaintiffs respectfully reserve their right to do so where appropriate). Plaintiffs are still in the process of reviewing the Kranser Defendants' discovery responses and documents and will seek to continue to meet and confer with counsel for the Krasner Defendants regarding any remaining or further issues before raising them with the Court. In addition, all Defendants have now served Plaintiffs with a series of discovery requests.

We appreciate the Court's time and continuing attention to this matter.

            Respectfully submitted,

            RIVKIN RADLER LLP

            Steven T. Henesy

cc: All counsel via ECF

5212848.v2