UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

Government Employees Insurance
Company., et al.,

                         Plaintiffs,

- against-

Northern Medical Care, P.C., et al.,

                         Defendants.

1: 20-cv-01214

**Notice of Consent to Change Attorney**

-----------------------------------------------------------------

IT IS HEREBY CONSENTED THAT the law firm of Gary Tsirelman, P.C., located at 129 Livingston Street, Second Floor, Brooklyn, NY, 12201, including the undersigned attorney, shall be substituted as attorneys of record for Defendants Dr. Omar F. Ahmed, M.D., and Northern Medical Care, P.C., in connection with the above-captioned matter, in place and instead of Zimmerman Law, P.C., and all attorneys associated with Zimmerman Law, P.C., the undersigned attorneys as of the date hereof.

Dated: Brooklyn, NY

August 3, 2021

By: Nicholas Bowers, Esq.

   /s/
_____

Gary Tsirelman, P.C.
*Attorneys for Defendants Named Herein*
129 Livingston Street
2nd and 3rd Floors
Brooklyn, NY 11201
(718)438-1200

By: Michael A. Zimmerman, Esq.

*[signature]*

Zimmerman Law, P.C.
*Outgoing Attorney for
Defendants Named Herein*
315 Walt Whitman Rd, Ste 215
Huntington Station, NY 11746
(631) 415-0900

By: Dr. Omar F. Ahmed

_____

Owner of Northern Medical Care, P.C.