

**STEVEN T. HENESY**
Partner
(516) 357-3308
Steven.henesy@rivkin.com

WWW.RIVKINRADLER.COM

September 29, 2021

**By ECF**
Honorable Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Government Employees Ins. Company, et al. v. Northern Medical Care, P.C.., et al.*
              Case No. 1:20-cv-01214-FB-LB

Dear Judge Bloom:

As you know, this firm represents Plaintiffs in the above-referenced matter. Plaintiffs respectfully submit this letter to provide the Court with an update as to the status of discovery issues involving various nonparty witnesses.

As the Court will recall, on September 14, 2021, the Court entered an Order: (i) compelling the depositions of nonparties Natan Yusufov, Uldis Livzemnieks, and Rudolf Samandarov; and (ii) requiring counsel for nonparties Andrii Lebid, Olga Boiko, Volodymyr Buscko, and Rokoslana Zakovryashya to work with Plaintiffs' counsel to schedule their depositions. *See* Docket Entry Dated September 14, 2021.

As to nonparties Yusufov, Livzemnieks, Samandarov, each has been served with the deposition subpoenas so-ordered by Your Honor. Plaintiffs have not yet been contacted by Yusufov, Livzemnieks, Samandarov, or anyone acting on their behalf. Boiko's deposition proceeded on September 28, 2021, and the remaining depositions are scheduled as follows:

- Andrii Lebid: October 6, 2021;
- Rokoslana Zakovryashya: October 8, 2021; and
- Volodymyr Buchko: October 13, 2021.

We thank the Court for its time and continued attention to this matter.

                                          Respectfully submitted,
                                          RIVKIN RADLER LLP

                                          Steven T. Henesy

Encl.

5462202.v2